**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Criminal Case No. 12-cr-00341-REB

UNITED STATES OF AMERICA,

Plaintiff,

v.

1. IVAN WEBB,

Defendant.

---

## MINUTE ORDER[1]

---

On March 8, 2013, the court conducted a telephonic setting conference to reset the sentencing hearing in this matter. After conferring with the parties and with their consent,

**IT IS ORDERED** as follows:

1. That on **March 21, 2013**, commencing at 10:00 a.m., the court shall conduct the sentencing hearing; and

2. That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the defendant's appearance for this hearing.

Dated: March 8, 2013

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.